**Juan Carlos JACINTO-VAZQUEZ, Petitioner,**

v.

**Jefferson B. SESSIONS, III,[1] Attorney General of the United States, Respondent.**

**No. 16-1113**

United States Court of Appeals, Eighth Circuit.

Submitted: April 19, 2017

Filed: April 28, 2017

Steven Kenneth Wichmer, Wichmer & Groneck, Saint Louis, MO, for Petitioner

Elizabeth Robyn Chapman, Trial Attorney, Nancy Canter, Trial Attorney, Karen Yolanda Drummond, Kristen A. Giuffreda Chapman, Esq., Trial Attorney, Carl H. McIntyre, OIL, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Mexican citizen Juan Carlos Jacinto-Vazquez petitions for review of an order of the Board of Immigration Appeals adopting the decision of an immigration judge denying withholding of removal, and denying relief under the Convention Against Torture (CAT).[2] After careful consideration, we conclude substantial evidence supports the denials. Jacinto-Vazquez failed to establish a clear probability that his life or freedom would be threatened in Mexico because of his membership in a particular social group, and failed to establish he was entitled to CAT relief. *See De Castro-Gutierrez v. Holder*, 713 F.3d 375, 381-82 (8th Cir. 2013) (standard for granting CAT relief); *Davila-Mejia v. Mukasey*, 531 F.3d 624, 627, 629 (8th Cir. 2008) (standard of review; withholding requirements).

The petition for review is denied. *See* 8th Cir. R. 47B.

---

1. Jefferson B. Sessions, III is substituted for his predecessor pursuant to Federal Rule of Appellate Procedure 43(c).

2. The rulings determining that Jacinto-Vazquez had not timely filed his asylum application or shown circumstances to excuse his untimeliness are not before us in this petition for review.